# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SERNA, | Case No. CV 16-2047 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NORTHROP GRUMMAN CORPORATION, | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion to Vacate Arbitration Award,, IT IS ADJUDGED THAT:

1. The above-captioned action is dismissed with prejudice.

2. The parties shall bear their own fees and costs.

Dated this 22nd day of February, 2021.

/s/
Fernando M. Olguin
United States District Judge